ACCEPTED
14-15-00169-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 4:03:40 PM
CHRISTOPHER PRINE
CLERK

# DIOGU DIOGU LAW FIRM

P. O. Box 994, Fulshear, Texas 77441

August 14th, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

8/14/2015 4:03:40 PM

CHRISTOPHER A. PRINE
Clerk

The Clerk of the Court
Christopher Prine, Clerk
14th Court of Appeals
Houston, Texas

14-15-00169-CV, TC #13-DCV-203712, Diogu Kalu Diogu II v. Linebarger Goggan Blair & Sampson, Fort Bend County Tax Assessor Collector, and Fort Bend Appraisal District

**ARRANGEMENT TO PAY FOR BOTH THE CLERK'S RECORD A
ND THE COURT REPORTER'S TRANSCRIPT**

Dear Honorable Clerk of the said Court:

Please note that the Appellant is making an arrangement to pay for both the Clerk's record and the Court Reporter's Transcript for the above matter.

Thanks again for your professional Courtesy on this matter.

Respectfully:

*/S/ Diogu Kalu Diogu II, LL.M.*
Attorney at Law
Bar No. 24000340
Phone  (713) 791 3225
Fax      (832) 408 7611

Enclosures:

Designation of Clerk's record on Appeal/Request for Court Reporter's Transcript

Email: diogu.diogu.law.firm@gmail.com · Fax: 832-408-7611· Direct:(713)-791-3225